EXHIBIT 2

Back to search results | Start a new search    

Advertisement

# Part Time Inbound/Outbound Reservation Agents

Apply Now

Bahamas Paradise Cruise Line   •   Fort Lauderdale, FL   •   11/24/2015

 Save Job     Email    ⚠ Report

**99+** Applications Submitted for this Position

See education levels, salary, and years of experience.
With our competition report, only with a Careerbuilder account.

Create Account

## Job Description

**Part Time Inbound/Outbound Reservation Agents**

Increased advertising has resulted in more calls and the need for additional Inbound & Outbound reservation/sales agents with the ability to represent our cruise line in the fun way it should be to make sales and serve our customers best.  Financial rewards come in the form of base wages, commission, bonus and spiffs.

**Great on the Phone? We want you to join our Reservation Team.**

**Keys to Success:**

- The ideal candidate will be a highly motivated self-starter with strong sales skills, and the ability to use reservations systems to book cruise vacations
- A proven track record of aggressive sales success is essential

### Company Overview

Bahamas Paradise Cruise Line

**Contact Information**

Fort Lauderdale, FL

**SIMILAR JOBS**

Comcast Sales Representative
Comcast

Customer Service and Sales!!!
Virtue Direct

Appointment Setters
Employment Resources, Inc

Customer Service Specialist
Teleperformance

Feedback

## Job Requirements

Customer Service

**Part Time Inbound/Outbound Reservation Agents**

- The ideal candidate will be a highly motivated self-starter with strong sales skills and the ability to book cruise vacations
- Phone sales experience required, preferably in a call center environment
- Strong Customer Service Skills
- Good attention to detail and computer skills
- Candidate must have flexibility in scheduling as this department is open 7 days a week
- Bi-Lingual (English / Spanish) is greatly preferred but not necessary
- Should have a minimum of 2 years sales experience

**Benefits:**

- Bahamas Paradise Cruise Line offers competitive pay plus lucrative commission and bonus, as well as a comprehensive benefits package that includes medical/dental/vision/life insurance, short and long-term disability, 401(k) plan and cruise benefits.

## Job Snapshot

| | |
|---|---|
| **Other Pay** | competitive pay plus lucrative commission and bonus, as well as |
| **Employment Type** | Full-Time |
| **Job Type** | Sales, Business Development, Other |
| **Education** | Not Specified |
| **Experience** | At least 2 year(s) |
| **Manages Others** | Not Specified |
| **Industry** | Travel |
| **Required Travel** | Not Specified |

Apply Now

Feedback

**CAREERBUILDER TIP:**

For your privacy and protection, when applying to a job online, never give your social security number to a prospective employer, provide credit card or bank account information, or perform any sort of monetary transaction. Learn more.

By applying to a job using CareerBuilder.com you are agreeing to comply with and be subject to the CareerBuilder.com Terms and Conditions for use of our website. To use our website, you must agree with the Terms and Conditions and both meet and comply with their provisions.

## Help Center

**CareerBuilder**
About Us
Work at CareerBuilder
Affiliate Program
CareerBuilder API
Advertising Info
Our Partners
Privacy
Fraud
Terms
Accessibility
Site Map
Connect via Social Media
Mobile Site

**Job Seeker Services**
Salary Calculator
Management Jobs
IT & Engineering Jobs
Accounting Jobs
CareerBuilder Mobile
Entry-Level Jobs
Retail Jobs
Restaurant Jobs
Healthcare Jobs
Oil and Gas Jobs
Mining Jobs
Utility Jobs

**Employers**
Search Resumes
Post Jobs
CareerBuilder Talent Networks
Resource Center
Advice
Empowering Employment

**CareerBuilder International**
International Jobs

**Fun Stuff**
Jobology

© 2015 CareerBuilder, LLC. All rights reserved.