GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Marc L. Godino (#182689)
Mark S. Greenstone (#199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:      info@glancylaw.com
            lglancy@glancylaw.com
            mgodino@glancylaw.com
            mgreenstone@glancylaw.com

JAURIGUE LAW GROUP
Michael J. Jaurigue (#208123)
Abigail A. Zelenski (#228610)
David Zelenski (#231768)
114 North Brand Boulevard, Suite 200
Glendale, California 91203
Telephone:  (818) 630-7280
Facsimile:  (888) 879-1697
Email:      michael@jlglawyers.com
            abigail@jlglawyers.com
            david@jlglawyers.com

*Attorneys for Plaintiff An Phan*
[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| AN PHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAND BAHAMA CRUISE LINE, LLC, a limited-liability company; BAHAMAS PARADISE CRUISE LINE, LLC, a limited-liability company; CRUISE OPERATOR, INC., d/b/a BAHAMAS PARADISE CRUISE LINE, a corporation; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 15-cv-05019-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

Plaintiffs An Phan and Taylor Bartlett ("Plaintiffs"), and Defendants Bahamas Paradise Cruise Line, LLC and Cruise Operator, Inc. ("Defendants"),[1] hereby submit the following Stipulation and [Proposed] Order to Set Briefing Schedule for Motion to Dismiss and to Reschedule Case Management Conference:

WHEREAS Plaintiffs' Opposition to Defendants' Motion To Dismiss Or, In The Alternative, Stay The Action ("Motion") is currently due on January 11, 2016, and Defendants' Reply is due on January 19, 2016;

WHEREAS the Case Management Conference in this matter is currently scheduled for January 28, 2016;

WHEREAS Plaintiffs' counsel have multiple depositions and dispositive motions in other cases either scheduled, or to be scheduled, for the month of January, 2016; and

WHEREAS the hearing on Defendants' Motion to Dismiss is currently set for April 7, 2016;

NOW THEREFORE, in the interest of efficiency and judicial economy, it is hereby stipulated and agreed, subject to the Court's approval, that:

1. Plaintiffs' Opposition to Defendants' Motion shall be due on February 19, 2016;

2. Defendants' Reply in support of its Motion shall be due on March 17, 2016; and

3. The Case Management Conference shall be vacated and rescheduled for April 7, 2016 or a date thereafter as determined by the Court.

---

[1] 1 Defendant Grand Bahama Cruise Line, LLC has not appeared in this action.

| | | |
|---|---|---|
| 1 | DATED:  January 4, 2016 | Respectfully submitted, |
| 2 | | GLANCY PRONGAY & MURRAY LLP |

By:  *s/ Mark S. Greenstone*
Lionel Z. Glancy
Marc L. Godino
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:   info@glancylaw.com
             lglancy@glancylaw.com
             mgodino@glancylaw.com
             mgreenstone@glancylaw.com

JAURIGUE LAW GROUP
Michael J. Jaurigue
Abigail A. Zelenski
David Zelenski
114 North Brand Boulevard, Suite 200
Glendale, California 91203
Telephone: (818) 630-7280
Facsimile:  (888) 879-1697
Email:    michael@jlglawyers.com
              abigail@jlglawyers.com
              david@jlglawyers.com

*Attorneys for Plaintiff An Phan*

Dated:  January 4, 2016           GREENSPOON MARDER, P.A.

By:  *s/ Jeffrey A. Backman*
Richard W. Epstein
Jeffrey A. Backman
Roy Taub
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 491-1120
Facsimile:  (954) 213-0140
Richard.Epstein@gmlaw.com
Jeffrey.Backman@gmlaw.com
Roy.Taub@gmlaw.com

1  LAW OFFICES OF ROBERT S. BOULTER
2  Robert S. Boulter (SBN 153549)
   1101 Fifth Avenue, Suite 235
3  San Rafael, California 94901-1828
   Telephone: (415) 233-7100
4  Facsimile: (415) 233-7101
   rsb@boulter-law.com
5
6  *Attorneys for Defendants Bahamas Paradise Cruise Line, LLC and Cruise Operator, Inc.*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

* * *

[~~PROPOSED~~] ORDER

Having reviewed the parties' Stipulation and [Proposed] Order to Set Briefing Schedule for Motion to Dismiss ("Motion") and to Reschedule Case Management Conference, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Opposition to Defendants' Motion shall be due on February 19, 2016;

2. Defendants' Reply in support of its Motion shall be due on March 17, 2016; and

3. The Case Management Conference shall be vacated and rescheduled for April 7, 2016 ~~or a date thereafter as determined by the Court~~.

Dated: January 4, 2016

*/s/ Beth Labson Freeman*
The Honorable Beth Labson Freeman
United States District Judge

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On January 4, 2016, I caused to be served the following document:

**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 4, 2016, at Los Angeles, California.

*s/ Mark S. Greenstone*
Mark S. Greenstone

# Mailing Information for a Case 5:15-cv-05019-BLF Phan v. Grand Bahama Cruise Line, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Aaron Backman**
  jeffrey.backman@gmlaw.com,khia.joseph@gmlaw.com,cheryl.cochran@gmlaw.com

- **Robert Samuel Boulter**
  rsb@boulter-law.com

- **Richard Wayne Epstein**
  richard.epstein@gmlaw.com,maria.salgado@gmlaw.com,maite.alvarez@gmlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com,info@glancylaw.com

- **Mark Samuel Greenstone**
  mgreenstone@glancylaw.com

- **Michael Joe Jaurigue**
  michael@jauriguelaw.com

- **Roy Taub**
  roy.taub@gmlaw.com

- **Abigail Ameri Zelenski**
  Abigail@jlglawyers.com

- **David Zelenski**
  david@jlglawyers.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`