GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Marc L. Godino (#182689)
Mark S. Greenstone (#199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160
Email:       info@glancylaw.com
             lglancy@glancylaw.com
             mgodino@glancylaw.com
             mgreenstone@glancylaw.com

JAURIGUE LAW GROUP
Michael J. Jaurigue (#208123)
Abigail A. Zelenski (#228610)
David Zelenski (#231768)
114 North Brand Boulevard, Suite 200
Glendale, California 91203
Telephone:   (818) 630-7280
Facsimile:   (888) 879-1697
Email:       michael@jlglawyers.com
             abigail@jlglawyers.com
             david@jlglawyers.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| AN PHAN and TAYLOR BARTLETT, as individuals and on behalf of all others similarly situated, | Case No. 15-cv-05019-BLF |
| Plaintiffs, | **PLAINTIFFS' REQUEST TO FILE RESPONSE TO NEWLY RAISED AUTHORITY CITED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| GRAND BAHAMA CRUISE LINE, LLC, a limited-liability company; BAHAMAS PARADISE CRUISE LINE, LLC, a limited-liability company; CRUISE OPERATOR, INC., d/b/a BAHAMAS PARADISE CRUISE LINE, a corporation; and Does 1 through 50, inclusive, | Date: April 7, 2016 Time: 9:00 a.m. Crtrm.:   3 The Hon. Beth Labson Freeman |
| Defendants. | |

1    Plaintiffs An Phan and Taylor Bartlett ("Plaintiffs") hereby request leave to file a response to

2  the newly raised authority cited in Defendants Bahamas Paradise Cruise Line, LLC's and Cruise

3  Operator, Inc.'s ("Defendants") Reply in Support of Motion to Dismiss or, in the Alternative, Stay the

4  Action [Docket No. 35].   Good cause exists for this Request.  In their Reply brief, Defendants cite to

5  a January 19, 2016 Order (which they attach as Exhibit A to their Reply [Docket No. 35-1]) in the

6  matter entitled, *Thomas A. Bound v. Grand Bahama Cruise Line, LLC and Cruise Operator, Inc.*, No.

7  1:15-cv-2856 (N.D. Ga.), claiming the Order is dispositive of the personal jurisdiction issue raised in

8  this case.  *Bound* is easily distinguishable from the present case, and therefore has no bearing on the

9  issues at hand.  However, since the *Bound* case was not raised in Defendants' moving papers,[1] it was

10  not addressed in Plaintiffs' Opposition.  Good therefore cause exists for the filing of the Response

11  attached hereto as Exhibit A, so that Plaintiffs can properly address this new authority raised in

12  Defendants' Reply brief.

13  DATED:  March 31, 2016                    GLANCY PRONGAY & MURRAY LLP

14

15                                           By:  *s/Mark S. Greenstone*
                                             Lionel Z. Glancy (#134180)
16                                           Marc L. Godino (#182689)
                                             Mark S. Greenstone (#199606)
17                                           1925 Century Park East, Suite 2100
                                             Los Angeles, California 90067
18                                           Telephone:    (310) 201-9150
                                             Email: mgodino@glancylaw.com
19                                                   mgreenstone@glancylaw.com

20                                           JAURIGUE LAW GROUP
                                             Michael J. Jaurigue (#208123)
21                                           Abigail A. Zelenski (#228610)
                                             David Zelenski (#231768)

22  _____

23       [1] The *Bound* opinion was issued after Defendants filed their moving papers.  Notwithstanding, "[i]t is improper for a moving party to introduce new facts or different legal arguments in the reply

24  brief than those presented in the moving papers.  *United States ex rel. Giles v. Sardie*, 191 F.Supp.2d 1117, 1127 (C.D.Cal.2000); *see also State of Nev. v. Watkins*, 914 F.2d 1545, 1560 (9th Cir.1990)

25  ("[Parties] cannot raise a new issue for the first time in their reply briefs." (citations omitted)); *United States v. Romm*, 455 F.3d 990, 997 (9th Cir.2006) (citing *Smith v. Marsh*, 194 F.3d 1045, 1052 (9th

26  Cir.1999)); *Cedano–Viera v. Ashcroft*, 324 F.3d 1062, 1066 n. 5 (9th Cir.2003) ("[W]e decline to consider new issues raised for the first time in a reply brief."); *Bazuaye v. INS*, 79 F.3d 118, 120 (9th

27  Cir.1996) ("Issues raised for the first time in the reply brief are waived."); *Ass'n of Irritated Residents v. C & R Vanderham Dairy*, 435 F.Supp.2d 1078, 1089 (E.D.Cal.2006) ("It is inappropriate to

28  consider arguments raised for the first time in a reply brief.").

REQUEST TO FILE RESPONSE
Case No. 15-cv-05019-BLF

1

114 North Brand Boulevard, Suite 200
Glendale, California 91203
Telephone:      (818) 630-7280
Email: michael@jlglawyers.com
        abigail@jlglawyers.com
        david@jlglawyers.com

*Attorneys for Plaintiffs*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO FILE RESPONSE
Case No. 15-cv-05019-BLF

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.  My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On March 31, 2016, I caused to be served the following documents:

**PLAINTIFFS' REQUEST TO FILE RESPONSE TO NEWLY RAISED AUTHORITY CITED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

**RESPONSE TO NEWLY RAISED AUTHORITY CITED IN DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

By posting the documents to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 31, 2016, at Los Angeles, California.

*s/ Mark S. Greenstone*
Mark S. Greenstone

# Mailing Information for a Case 5:15-cv-05019-BLF Phan v. Grand Bahama Cruise Line, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Aaron Backman**
  jeffrey.backman@gmlaw.com,khia.joseph@gmlaw.com,cheryl.cochran@gmlaw.com

- **Robert Samuel Boulter**
  rsb@boulter-law.com

- **Richard Wayne Epstein**
  richard.epstein@gmlaw.com,maria.salgado@gmlaw.com,maite.alvarez@gmlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com,info@glancylaw.com

- **Mark Samuel Greenstone**
  mgreenstone@glancylaw.com

- **Michael Joe Jaurigue**
  michael@jauriguelaw.com

- **Roy Taub**
  roy.taub@gmlaw.com

- **Abigail Ameri Zelenski**
  Abigail@jlglawyers.com

- **David Zelenski**
  david@jlglawyers.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`