1  GREENSPOON MARDER, P.A.
   Richard W. Epstein
2  (Admitted *Pro Hac Vice*)
   Florida Bar No. 229091
3  Richard.Epstein@gmlaw.com
4  Jeffrey A. Backman
   (Admitted *Pro Hac Vice*)
5  Florida Bar No. 662501
   Jeffrey.Backman@gmlaw.com
6  Roy Taub
   (Admitted *Pro Hac Vice*)
7  Florida Bar No. 116263
8  Roy.Taub@gmlaw.com
   200 East Broward Blvd., Suite 1800
9  Fort Lauderdale, FL 33301
   Tel: (954) 491-1120
10 Fax: (954) 213-0140

11
   *Attorneys for Defendants Bahamas Paradise*
12 *Cruise Line, LLC and Cruise Operator, Inc.,*

13              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
14                  SAN JOSE DIVISION

15
   AN PHAN and TAYLOR BARTLETT, as          Case No. 15-cv-05019-BLF
16 individuals and on behalf of all others similarly
   situated,                               **NOTICE OF WITHDRAWAL AND**
17                                          **SUBSTITUTION OF COUNSEL FOR**
                                            **DEFENDANTS BAHAMAS**
18          Plaintiffs,                     **PARADISE CRUISE LINE, LLC AND**
                                            **CRUISE OPERATOR, INC.;**
19          v.                              [~~PROPOSED~~] **ORDER**

20 GRAND BAHAMA CRUISE LINE, LLC, a
   limited-liability company; BAHAMAS
21 PARADISE CRUISE LINE, LLC, a limited-
   liability company; CRUISE OPERATOR, INC.,
22 d/b/a BAHAMAS PARADISE CRUISE LINE, a
   corporation; and Does 1 through 50, inclusive,
23
24          Defendants.
   _____/
25

26

27

28

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFS.
BAHAMAS PARADISE CRUISE LINE, LLC'S AND CRUISE OPERATOR, INC.          CASE NO. 15-CV-05019-BLF

24921218:4 38387:0019

1      **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      PLEASE TAKE NOTICE THAT Defendants Bahamas Paradise Cruise Line, LLC

3 ("Bahamas Paradise") and Cruise Operator, Inc. ("Cruise Operator") (collectively, the "Bahamas

4 Paradise Defendants") have retained Manatt, Phelps & Phillips, LLP to substitute as counsel for

5 the Law Offices of Robert S. Boulter in the above-captioned matter.  Bahamas Paradise Cruise

6 Line, LLC and Cruise Operator, Inc. remain represented by the other attorneys who have entered

7 appearances.

8      Withdrawing counsel for the Bahamas Paradise Defendants are:

9
10           LAW OFFICES OF ROBERT S. BOULTER
          Robert S. Boulter (SBN 153549)
11           rsb@boulter-law.com
          1101 Fifth Avenue, Suite 235
12           San Rafael, California 94901-1828
          Telephone:  (415) 233-7100
13           Facsimile: (415) 233-7101

14      All pleadings, orders and notices should henceforth be served upon the following

15 substituted counsel for the Bahamas Paradise Defendants:

16           MANATT, PHELPS & PHILLIPS, LLP
          Christine M. Reilly (SBN 226388)
17           11355 W. Olympic Boulevard
          Los Angeles, CA 90064
18           Tel:  (310) 312-4237
          Fax:  (310) 996-7037
19           E-mail:  creilly@manatt.com

20
21      The undersigned parties consent to the above withdrawal and substitution of counsel.

22
23 DATED:  June 6, 2016           */s/ Robert S. Boulter*
                    LAW OFFICES OF ROBERT S. BOULTER
24                   Robert S. Boulter (SBN 153549)
                  rsb@boulter-law.com
25                   1101 Fifth Avenue, Suite 235
                  San Rafael, California 94901-1828
26                   Telephone:  (415) 233-7100
27                   Facsimile: (415) 233-7101

28

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFS.
BAHAMAS PARADISE CRUISE LINE, LLC'S AND CRUISE OPERATOR, INC.         CASE NO. 15-CV-05019-BLF

24921218:4 38387:0019

DATED:  June 6, 2016

/s/ Christine M. Reilly
MANATT, PHELPS & PHILLIPS, LLP
Christine M. Reilly (SBN 226388)
11355 W. Olympic Boulevard
Los Angeles, CA 90064
Tel:  (310) 312-4237
Fax:  (310) 996-7037
E-mail:  creilly@manatt.com

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated:  June 6, 2016

Respectfully Submitted,

/s/  Jeffrey A. Backman
GREENSPOON MARDER, P.A.
Richard W. Epstein
(Admitted *Pro Hac Vice*)
Florida Bar No. 229091
Richard.Epstein@gmlaw.com
Jeffrey A. Backman
(Admitted *Pro Hac Vice*)
Florida Bar No. 662501
Jeffrey.Backman@gmlaw.com
Roy Taub
(Admitted *Pro Hac Vice*)
Florida Bar No. 116263
Roy.Taub@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL  33301
Tel:  (954) 491-1120
Fax: (954) 213-0140

*Attorneys for Defendants Bahamas Paradise*
*Cruise Line, LLC and Cruise Operator, Inc.*

The above withdrawal and substitution of counsel is approved and SO ORDERED.

Dated: _____June 6_____, 2016

*[signature]*
The Hon. Beth Labson Freeman
United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 6, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF which will serve copies to all counsel of record registered to receive CM/ECF notification, and that it was served upon any other counsel and parties in some other authorized manner.

**SERVICE LIST**

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Marc L. Godino
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, California 90067

JAURIGUE LAW GROUP
Michael J. Jaurigue
Abigail A. Zelenski
David Zelenski
114 North Brand Boulevard, Suite 200
Glendale, California 91203

*Attorneys for Plaintiffs*

/s/ Jeffrey A. Backman
Jeffrey A. Backman