UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AN PHAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GRAND BAHAMA CRUISE LINE, LLC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-05019-BLF<br><br>**ORDER RE MOTION FOR LEAVE TO CONDUCT EXPEDITED JURISDICTIONAL DISCOVERY**<br><br>[Re: ECF 45] |

　　　The Court ORDERS the parties to meet and confer in an attempt to narrow the scope of Plaintiff's requested jurisdictional discovery. *See* Mot. at 10, ECF 45. The parties shall conclude their meet and confer efforts before June 13, 2016, when Plaintiff's Reply is due, and the result shall be reflected in the Reply or by stipulation from the parties resolving the motion.

　　　**IT IS SO ORDERED.**

Dated: June 7, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge