# EXHIBIT B

**Plaintiff's Proposed Jurisdictional Discovery**
*An Phan and Taylor Bartlett v. Grand Bahama Cruise Line, et al.*
(Case No. 15-cv-05019)

1. Proposed PMK Deposition Topics for Bahamas Paradise Defendants

    a. Any relationship or dealings between GBCL and the Bahamas Paradise Defendants (or any of their agents or co-venturers, including but not limited to tour operators) relating to the Grand Celebration.

    b. Any benefit, direct or indirect, received by the Bahamas Paradise Defendants as a result of GBCL's telemarketing activities for the booking of cruises on the Grand Celebration.

    c. Any knowledge the Bahamas Paradise Defendants have of GBCL's telemarketing activities for the booking of cruises on the Grand Celebration.

2. Proposed Document Requests

    a. All documents that discuss or evidence the matters set forth in any of Plaintiffs' three PMK deposition topics.