1  LIONEL Z. GLANCY (SBN 134180)
     *lglancy@glancylaw.com*
2  MARC L. GODINO (SBN 182689)
     *mgodino@glancylaw.com*
3  MARK S. GREENSTONE (SBN 199606)
     *mgreenstone@glancylaw.com*
4  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
5  Los Angeles, California 90067
   Telephone:   (310) 201-9150
6  Facsimile:    (310) 201-9160

7  JAURIGUE LAW GROUP
   MICHAEL J. JAURIGUE (SBN 208123)
8    *michael@jlglawyers.com*
   ABIGAIL A. ZELENSKI (SBN 228610)
9    *abigail@jlglawyers.com*
   DAVID ZELENSKI (SBN 231768)
10   *david@jlglawyers.com*
   114 North Brand Boulevard, Suite 200
11 Glendale, California 91203
   Telephone: (818) 630-7280
12 Facsimile: (888) 879-1697

13 *Attorneys for An Phan and Taylor Bartlett*
   [Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AN PHAN and TAYLOR BARTLETT, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRAND BAHAMA CRUISE LINE, LLC, a limited-liability company; BAHAMAS PARADISE CRUISE LINE, LLC, a limited liability company; CRUISE OPERATOR, INC., d/b/a BAHAMAS PARADISE CRUISE LINE, a corporation; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 15-cv-05019-BLF<br><br>The Hon. Beth Labson Freeman<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiffs An Phan and Taylor Bartlett and defendants Grand Bahama Cruise Line, LLC, Bahamas Paradise Cruise Line, LLC, and Cruise Operator, Inc., by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice as to all defendants.

IT IS FURTHER STIPULATED AND AGREED that the parties each shall bear their own respective costs and attorneys' fees.

Dated: January 6, 2016

Respectfully submitted,

GLANCY PRONGAY & MURRAY LLP

By: *s/ Mark S. Greenstone*
Lionel Z. Glancy
Marc L. Godino
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

JAURIGUE LAW GROUP
Michael J. Jaurigue
Abigail A. Zelenski
David Zelenski
114 North Brand Boulevard, Suite 200
Glendale, California 91203
Telephone: (818) 630-7280
Facsimile: (888) 879-1697

PRICE ARMSTRONG
Nicholas W. Armstrong (SBN270963)
nick@pricearmstrong.com
2421 Second Avenue North, Suite 1
Birmingham, Alabama 35203
Telephone: (205) 208-9588
Facsimile: (205) 208-9598

*Attorneys for An Phan and Taylor Bartlett*

| | | |
|---|---|---|
| 1 | Dated: January 6, 2016 | Respectfully submitted, |
| 2 | | GREENSPOON MARDER, P.A. |
| 3 | | By: *s/ Jeffrey A. Backman* |
| 4 | | Richard W. Epstein |
| | | Jeffrey A. Backman |
| 5 | | Roy Taub |
| | | 200 East Broward Blvd., Suite 1800 |
| 6 | | Fort Lauderdale, FL 33301 |
| | | Tel: (954) 491-1120 |
| 7 | | Fax: (954) 213-0140 |
| 8 | | MANATT, PHELPS & PHILLIPS, LLP |
| | | Christine M. Reilly (SBN 226388) |
| 9 | | 11355 W. Olympic Boulevard |
| | | Los Angeles, CA 90064 |
| 10 | | Tel: (310) 312-4237 |
| | | Fax: (310) 996-7037 |
| 11 | | |
| | | *Attorneys for Defendants Bahamas Paradise* |
| 12 | | *Cruise Line, LLC and Cruise Operator, Inc.* |
| 13 | | |
| 14 | Dated: January 6, 2016 | Respectfully submitted, |
| 15 | | WAGNER & SÁENZ, L.L.P. |
| 16 | | |
| 17 | | By: *s/ Jason Wagner* |
| | | Jason Wagner |
| 18 | | 1010 Lamar Street, Suite 425 |
| | | Houston, Texas 77002 |
| 19 | | Telephone: (713) 554-8450 |
| | | Facsimile: (713) 554-8451 |
| 20 | | |
| | | FISH & TSANG LLP |
| 21 | | John van Loben Sels (CSB #201354) |
| | | Email: jvanlobensels@fishiplaw.com |
| 22 | | 333 Twin Dolphin Drive, Suite 220 |
| | | Redwood City, California 94065 |
| 23 | | Telephone: (650) 517-9801 |
| | | Facsimile: (650) 517-9898 |
| 24 | | |
| | | *Attorneys for Defendant Grand Bahama Cruise* |
| 25 | | *Line, LLC* |
| 26 | | |
| 27 | | |
| 28 | | |

1   Pursuant to Civil L.R. 5-1(i)(3), I attest that all other signatories listed, and on whose behalf
2   the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this
3   stipulation.

Dated: January 6, 2017                                    GLANCY PRONGAY & MURRAY LLP

                                                          By: *s/ Mark S. Greenstone*
                                                          Mark S. Greenstone

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On January 6, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of January, 2017, at Los Angeles, California.

*s/ Mark S. Greenstone*
Mark S. Greenstone

# Mailing Information for a Case 5:15-cv-05019-BLF Phan v. Grand Bahama Cruise Line, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Aaron Backman**
  jeffrey.backman@gmlaw.com,khia.joseph@gmlaw.com,cheryl.cochran@gmlaw.com

- **Richard Wayne Epstein**
  richard.epstein@gmlaw.com,maria.salgado@gmlaw.com,maite.alvarez@gmlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lglancy@glancylaw.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com,info@glancylaw.com

- **Mark Samuel Greenstone**
  mgreenstone@glancylaw.com,info@glancylaw.com

- **Michael Joe Jaurigue**
  michael@jauriguelaw.com

- **Christine Marie Reilly**
  creilly@manatt.com,bstanfield@manatt.com,deisner@manatt.com

- **Roy Taub**
  roy.taub@gmlaw.com

- **Jason Todd Wagner**
  jwagner@wsdllp.com

- **Abigail Ameri Zelenski**
  Abigail@jlglawyers.com

- **David Zelenski**
  david@jlglawyers.com

- **John David van Loben Sels**
  jvanlobensels@fishiplaw.com,jshih@fishiplaw.com,jchen@fishiplaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.